IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JEANNE WARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL VISION, INC. d/b/a<br>AMERICA'S BEST CONTACTS &<br>EYEGLASSES,<br><br>　　　　Defendant. | Civil Action No.: 3:21-cv-00615 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby notify the Court that all matters in controversy have been settled, and the parties stipulate that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated this 17th day of February, 2022.

Respectfully submitted:

| | |
|---|---|
| s/ Christopher Eads w/permission<br>Christopher Eads (BPR No. 34589)<br>The Law Offices of Christopher Eads, PLLC<br>1400 N. Mount Juliet Road, Suite 206<br>Mount Juliet, TN 37122<br>(615) 622-6060 (Office)<br>(615) 541-2481 (Fax)<br>cre@chriseadslegal.com<br><br>*ATTORNEY FOR PLAINTIFF* | s/ Sally F. Barron<br>Sally F. Barron (BPR No. 16688)<br>JACKSON LEWIS P.C.<br>999 Shady Grove Road, Suite 110<br>Memphis, TN 38120<br>Telephone: (901) 462-2600<br>Facsimile: (901) 462-2626<br>Email: sally.barron@jacksonlewis.com<br><br>*ATTORNEYS FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2022, I filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

s/ Sally F. Barron
Sally F. Barron
*Counsel for Defendant*

4863-8620-6479, v. 1