IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNE WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00615 |
| | ) |
| NATIONAL VISION, INC. d/b/a | ) JUDGE CAMPBELL |
| AMERICA'S BEST CONTACTS & | ) |
| EYEGLASSES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal stating that this action should be dismissed. (Doc. No. 16). Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE